IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPULVEDA-AYALA,<br><br>    Petitioner,<br><br>  v.<br><br>USA,<br><br>    Respondent.                   / | No. CR 03-00063 CRB<br><br>**ORDER** |

Petitioner moves the Court for early release (dkt. 260) pursuant to The Federal Prison Bureau Nonviolent Offender Relief Act of 2013. Because this Act has yet to be enacted, the motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: March 3, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\63\order.wpd